# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0242.  MIRIAM SENIOR v. MELVIN HARRIS.**

Miriam Senior filed a petition for modification of child support against Melvin Harris. On October 16, 2018, the trial court granted Harris's motion to dismiss Senior's petition. Senior then filed this application on December 17, 2018. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Senior's application, filed 62 days after the order she seeks to appeal, is therefore untimely.

Nonetheless, Senior urges that her application is timely because the trial court granted her an extension of time to file it. Indeed, on November 13, 2018, the trial court purported to grant Senior an additional 30 days to file an application pursuant to OCGA § 5-6-39 (a). But because applications for discretionary review are filed in the appellate court, it is the appellate court – not the trial court – that is authorized to grant an extension of time to file a discretionary application. *Gable v. State*, 290 Ga.

81, 85 (2) (a) (720 SE2d 170) (2011). Thus, Senior's application remains untimely. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  01/08/2019*
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *Stephen E. Castlen* _____ *, Clerk.*